UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michelle Elaine Lohman,

        Plaintiff,

CASE NUMBER: 16-10019
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE GRAND

v.

Commissioner of Social Security,

        Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

On January 12, 2017, Magistrate Judge Grand issued a Report and Recommendation [Doc. 23], recommending that Defendant's Motion for Summary Judgment [Doc. 21] be GRANTED and Plaintiff's Motion for Summary Judgment [Doc. 16] be DENIED. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**. Judgment will enter in favor of Defendant.

    **IT IS ORDERED**.

                              S/Victoria A. Roberts
                              Victoria A. Roberts
                              United States District Judge

Dated: February 13, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on February 13, 2017.

S/Linda Vertriest
Deputy Clerk